## A07A1346. EVANS v. THE STATE.
(690 SE2d 216)

MILLER, Chief Judge.
In *State v. Evans*, 285 Ga. 67 (673 SE2d 243) (2009), the Supreme Court of Georgia reversed the judgment of this Court in *Evans v. State*, 288 Ga. App. 304 (653 SE2d 503) (2007). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Smith, P. J., and Barnes, J., concur.*

DECIDED JANUARY 14, 2010.

*Mary Erickson*, for appellant.

YALE LAW LIBRARY

*David McDade, District Attorney, Paige E. Boorman, Assistant District Attorney*, for appellee.